Case 2:08-cr-00322-HGW Document 07   Filed 03/29/2008   Page 1 of 1

FILED
CLERK, U.S. DISTRICT COURT
MAR 19 ...
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) CR 01-00492HG-05 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) CR08-00329-0 |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: GALACION CHAVEZ-GARCIA, aka "Gala" | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE Helen Gillmor | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/2/2007 — TO 4/1/2012 |

**OFFENSE**

Count 1: CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE IN EXCESS OF 1 KILOGRAM OF HEROIN, in violation of 21 U.S.C. § 846, a Class A felony; and Count 5: CONSPIRACY TO COMMIT MONEY LAUNDERING, in violation of 18 U.S.C. § 1956(h), a Class C felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Central District of California (West Covina)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1·23·08
Date

/s/
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central District of California ~~(West Covina)~~

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 18, 2008
*Effective Date*

ALICEMARIE H. STOTLER
Chief   United States District Judge